4

"Boll

nofee/IFD

U.S. District Court Western Pennsylvania.

Deric Tucker, pro se

#25-156

v.

Parole Agent John Doe.

RECEIVED

FEB 04 2025

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

"1983 Complaint"

1. Plaintiff, Deric [Derick] Tucker, at the time was a resident at the city Parole Community Correctional Center (CCC)

2. Defendant, John Doe, is a parole agent with the duties of care, custody, daily operations of Mr. Tucker.

Facts

3. On or about May 2023 Mr. Tucker was a resident in the city C.C.C.

4. Mr. Tucker had an incident with another parolee who was a white american.

5. Defendant Doe investigated the incident and held Mr. Tucker for assaultive behavior C5 parole violation.

6. Defendant Doe reviewed CCTV video of the incident and no assault was observed.

7. Defendant Doe arrested and recommit Mr. Tucker to the Department of Correction for about six months.

8. At the time off of Mr. Tucker's arrest, Mr. Tucker had a child on the way, with a due date in September 2023, and empolyment.

9. Later a parole violation hearing was conducted and the video, testimony were presented

10. It was ruled Mr. Tucker did not violate parole and ordered to continue one parole.

11. Mr. Tucker suffered daily pains, lost of sp sleep, fear, racing heart, and lost of [wages] of about $40,000.00, due to Defendant Doe arrest.

12. Defendant Doe discximinated upon Mr. Tucker due to Mr. Tucker's race and age.

13. Defendant Doe falsely arrest and imprison Mr. Tucker and intentionally and reckessless inflicted emotional stress.

Legal Claim(s)

14. Defendant Doe violated Mr. Tucker's 1st, 8th, and 14th Amendment under the U.S. Constitution and laws of the state.

Relief

15. $2,000,000.00 in compensational, $16,000.00 in punitive damages

16. Injunctional relief commuition of max sentence one (1) year for each month as a TUP.

17. Counsel fees recovery of suit, just trial.

I declare all true and court 28 U.S.C.
§1746 January 5, 2023

Derrick Tucker
3032 Merwyn Ave
2ND Floor
Pittsburgh Pa 15204